(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

Adam Douglas Hilgefort  
Debtor(s)  
Debtor SSN/TaxId Nos.: xxx–xx–7142  
Joint Debtor SSN/Tax Id Nos.:

Case Number.: 18–20374–JGR  
Chapter: 7

Debtor(s)  
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 4/15/19 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

> Clerk of the Bankruptcy Court  
> U.S. Custom House  
> 721 19th Street  
> Denver, Colorado 80202–2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 1/11/19

s/ David E. Lewis  
1400 Main St.  
#201–B  
Louisville, CO 80027

**Aliases Page**
**Debtor aka(s):**
No Aliases for Debtor